Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Patriot Lighting | Menards 343-1412 / IR5071 | Solar Iron Sun Path Light with Bells | Y | Y | Y | Y | | |
|  | Britta Products | BKS224-1W3U | Solar Garden Path Lighting - Color Changing Light - High Quality Stainless Steel and Crackle Glass - White or Red/Green/Blue Snowflake Effect | Y | Y | Y | | | |
|  | Amertac/ HoldALL | 8001B | Three Color LED Hummingbird | Y | Y | Y | | | |

1

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Yards & Beyond | CS3-RS1-CB-T9 | Yards & Beyond  Solar Color Changing Crackle Glass Sphere Light | Y | Y | Y | | | |
|  | Abco Tech | ASIN: B004YI6JBS, B00D5YGIOU | Solar Power Waterproof Automatic Color Changing LED 7 Colors Floating Globe Indoor & Outdoor | Y | Y | Y | | | |
|  | Amzdeal | ASIN: B00CK2C8T2 | Amzdeal Solar LED Decorative 3 Piece garden stake light(Hummingbird, Butterfly & Dragonfly) | Y | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Ashley Gifts | ASIN: B004QXX7WA | Dragonfly Solar Garden Stake | Y | Y | Y | | | |
|  | Boston Harbor | 03641orbh | Boston Harbor 03641orbh Solar Hummingbird Bird Garden Stake | Y | Y | Y | | | |
|  | e-joy | ASIN: B00EJ60VOG | e-joy 3 Piece Decorative Solar Light Set (Hummingbird, Butterfly & Dragonfly) | Y | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Encore | H5117 | Encore H5117 Solar Powered Color Changing Hummingbird Garden Stake | Y | Y | Y | | | |
|  | Encore | H5117U | Encore H5117U Solar Powered Color Changing Hummingbird Garden Stake | Y | Y | Y | | | |
|  | Encore | H5120 | Encore H5120 Solar Powered Color Changing Flower Garden Stake | Y | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Encore | H5121 | Encore H5121 Solar Powered Color Changing Sun Garden Stake - Happy Sun | Y | Y | Y | | | |
|  | Esky | ASIN: B00AYTXKMW / X000H2VHL | Esky® Solar Powered Outdoor Hummingbird, Butterfly & Dragonfly Garden Stake Light-- with chameleon multi-color changing LED light- | Y | Y | Y | | | |
|  | Esky | ASIN: B00AYTXKMW / X000F89ORT | Esky® Solar Powered Outdoor Hummingbird, Butterfly & Dragonfly Garden Stake Light-- with chameleon multi-color changing LED light- | Y | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Farbwechel-LED | ASIN: B00EHMKU8Y | 2-Pack Solar Glass Crackle Ball Color Changing LED Light With Butterfly | Y | Y | Y | | | |
|  | Four Seasons Courtyard | 122381 / PL-1050-2 | Four Seasons Courtyard Solar-Powered LED Stake Light, Color-Changing Butterfly/LUMISOL ELECTRICAL LTD PL-1050-2 FS Clear Solar Butterfly | Y | Y | Y | | | |
|  | Garden Creations | JB5244 | Garden Creations JB5244 Color-Changing Solar-Powered Plastic Yard Lights, 2-Pack | Y | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Garden Delights | ASIN: B00D3TFGSG | Solar Powered Color Changing Ladybug Garden Yard Stake with Glass Chimes with On/off Switch | Y | Y | Y | | | |
|  | Garden Sunlight | E2185 | Starburst Solar Powered Garden Yard Stake Color Change Light | Y | Y | Y | | | |
|  | Garden Sunlight / GTMax | ASIN: B008UDPH3E | Butterfly, Hummingbird, Dragonfly Set of 3 Solar Stake Lights | Y | Y | Y | | | |

7

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Garden Sunlight / GTMax | E2165B-M | Solar Wind spinner stake light | Y | Y | Y | | | |
|  | Garden Sunlight / GTMax | E2173 | Solar Powered Hummingbird Garden Yard Stake Color Change Light | Y | Y | Y | | | |
|  | Garden Sunlight / GTMax | E2187 | Pointed Cross Solar Light Landscape Garden Stake Solar Powered Color Changing | Y | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Garden Sunlight / GTMax | E2174 | Solar Powered Butterfly Garden Yard Stake Color Change Light | Y | Y | Y | | | |
|  | Garden Sunlight / GTMax | E2175 | GTMax Solar Dragonfly Color Charge Light E2175 (set of 2) | Y | Y | Y | | | |
|  | Garden Sunlight / GTMax | E2176 | Solar Powered Lily Garden Yard Stake Color Change Light | Y | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Garden Sunlight / GTMax | E2177 | Solar Powered Lighthouse Garden Yard Stake Color Change Light | Y | Y | Y | | | |
|  | Garden Sunlight / GTMax | E2178 | Garden Sun Light E2178 Turtle Solar Powered Garden Yard Stake Light | Y | Y | Y | | | |
|  | Garden Sunlight / GTMax | E2180 | Solar Powered Angel Garden Yard Stake Color Change Light | Y | Y | Y | | | |

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Garden Sunlight / GTMax | E2182 | Solar Powered Bumblebee Garden Yard Stake Color Change Light | Y | Y | Y | | | |
|  | Garden Sunlight / GTMax | E2183 / ASIN: B00BDENJOG | Solar Powered Flamingo Garden Yard Stake Color Change Light | Y | Y | Y | | | |
|  | Garden Sunlight / GTMax | E2191 | Halloween Ghost Solar Light Garden Stake | Y | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Innoo Tech | ASIN: B00BS3Z47M | Color Changing Solar Garden Butterfly Stake Lights, 2 Pieces | Y | Y | Y | | | |
|  | Innoo Tech | ASIN: B00BS406HY | Color Changing Solar Garden Dragonfly Stake Lights, 2 Pieces | Y | Y | Y | | | |
|  | Innoo Tech | ASIN: B00BS40LMO | Color Changing Solar Garden Bird Stake Lights, 2 Pieces | Y | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Instapark | S1311C-4 / YT5004-3 / ASIN: B002IR4GJO, B00ANV20A4 | Solar Crackle Glass Ball Lights, a Pack of 3 pcs in a set. | Y | Y | Y | | | |
|  | Instapark | YT1001-3 / ASIN: B00ANUVLSW | Instapark® YT1001-3 Color-changing Solar Light with Photocell Sensor, 3-pack, Hummingbird, Dragonfly & Butterfly | Y | Y | Y | | | |
|  | Instapark | YT1001-6 / ASIN: B00ANV0IF8 | Instapark® YT1001-6 Color-changing Solar light with Photocell Sensor, 6-pack, Hummingbird, Dragonfly & Butterfly, 2 of Each | Y | Y | Y | | | |

13

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Instapark | YT1514-6 / ASIN: B00ANV407A | Instapark® YT1514-6 Color-changing Solar Light with Photocell Sensor, 6-pack | Y | Y | Y | | | |
|  | Instapark | YT5004-6 / ASIN: B00ANV2ZCW | Instapark® YT5004-6 Color-changing Crackle Glass Ball Solar Light with Photocell Sensor, 6-pack | Y | Y | Y | | | |
|  | Moonrays/CCI | 96944 | Outdoor Solar Light Pendant, Cardinal, Plastic with Glass | Y | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | One Stop Gardens | 69462 | Solar Decorative LED Lights - 3 Piece | Y | Y | Y | | | |
|  | Sharper Image (The) | ASIN: B00IJFHV50; B00JXQ3V4Y; | The Sharper Image Transforming Color Solar Crackle Globe | Y | Y | Y | | | |
|  | Sol Mar/ Heartland | R6-65658 | Solar Crackle Glass Ball Lights, Set of 3 pcs | Y | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Solar Garden Goddess | ASIN: B00CBI5SG0 | LED Crackle-glass Ball Solar Stake Lights, Set of 3 | Y | Y | Y | | | |
|  | Solar Wholesale | 43434 | Solar Wholesale solar lights 43434 Solar Lily Flower Garden Stake multi-color LED Light with Starburst Head | Y | Y | Y | | | |
|  | Solar Wholesale | Model No.: SGSL1LA1023 / ASIN: B0048HEUK2 | 3 in a Set of Decorative Hummingbird Solar Lights | Y | Y | Y | | | |

16

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Solar Wholesale | Model No.: SGCL1LA104B / ASIN: B004V40HAY | Hummingbird, Butterfly & Dragonfly Solar Garden Stake Lights, 3 in a Set. | Y | Y | Y | | | |
|  | Solar Wholesale | H5210 / ASIN: B007O0F5FE | Solar Powered Color Changing Blue and Red Birds. One Bird a Stake. 2 Stakes a Pair | Y | Y | Y | | | |
|  | Solar Wholesale | H5168 / ASIN: B00485H0CO | Solar Powered Angel Garden Yard Stake Color Change Light | Y | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Solar Wholesale | | Solar Hummingbird Garden Stake Light. Color changing LED light. Black Pole | Y | Y | Y | | | |
|  | Solar Wholesale | Model No.: SGCL3LA202 / ASIN: B005ONSU3W | Wild Grass Solar Decorative Garden Lights | Y | Y | Y | | | |
|  | Solar Wholesale | Model No.: SGCL1LA103S / ASIN: B002IR4GJO | Solar Decorative Lights with Crackle Glass Globe, 30 inch | Y | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Solar Wholesale | Model No.: SGSL1B116 ASIN: B00D2P6101 | Solar Wholesale SGSL1B116 Solar Cross Light with Multicolor LED for Garden Decorations | Y | Y | Y | | | |
|  | Solarrific | G3013 | Solar On/Off Rainbow Bubble Stick Light | Y | Y | Y | | | |
|  | Sunbeam by Matador | M08129S-2 | Venus Series Set of 2 Garden Art Solar Stake Bubble Lights | Y | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | unknown | ASIN: B001196A9O | Solar Garden Stake Accents Garden Or Pathway With A Whimsical Butterfly Motif | Y | Y | Y | | | |
|  | | 51GR1237 | Garden Stake - Dragonfly, 3 Color Changing LED, Set of 2 | Y | Y | Y | | | |
|  | | ASIN: B00887JF8A | Solar Garden Stake Lights (Bundle of 3) | Y | Y | Y | | | |

20

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | | ASIN: B00D3SI2NI | Set of 3 Solar Color Changing Yard Garden Birdhouses on Stakes | Y | Y | Y | | | |
|  | Pier Surplus Warehouse | SKU: SO10237 \| ASIN: B00DT7T9NA | Solar Lighted Color Changing Butterfly Stake Light _ Landscape Ornament Product SKU: SO10237 | Y | Y | Y | | | |
|  | Yards & Beyond | 8332611 | Hanging Teardrop Color Changing Solar LED Light 2/Pk. | Y | Y | | | | |

Exhibit A

Prelminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|-------|-------|-----------|-------------|-------------|-------------|-------------|-------------|-------------|-------------|
|  | ASC Inc | E98AD / ASIN: B004TJDM1W | Stainless Steel Solar Landscape Light with 7 colors (2 pack) | | Y | Y | | | |
|  | Collections Etc | ASIN: B004FJREW4 | 4 Color Changing Solar Garden Light Stakes By Collections Etc | | Y | Y | | | |
|  | Exhart | 53530 | Solar Fiber Optic Stake with Changing Color LED | | Y | Y | | | |

22

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Garden Sunlight / GTMax | E98D | Stainless Steel Color&White LED Solar Light Set of 2 | | Y | Y | | | |
|  | Garden Sunlight / HUT | E98C | Stainless Steel Color&White LED Solar Light Set of 2 | | Y | Y | | | |
|  | Newport Solar | GARE98W | 2 Piece Stainless Dome Change Color | | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Newport Solar | NPSS55 | Solar Garden Mushroom Light With Color Changing LED 2 Pack | | Y | Y | | | |
|  | Pier Surplus | SO41109 | Solar Bubble Lights - Night Accents | | Y | Y | | | |
|  | Smart Solar | 3051MRM1 / 3053MRM1 / 3054MRM1 | Smart Solar  Chameleon Solar Stake Light and Color Changing LED w/ various toppers: Dragonly, Star, Hummingbird, Snowflake, Butterfly, Moon (sold separately) | | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Solar Wholesale | Model No.: e98 / ASIN: B000G1CCPE | Stainless Steel Solar Landscape Light with 7 Colors (2 Pack) | | Y | Y | | | |
|  | | ASIN: B000G1CCPE | Stainless Steel Solar Landscape Light with 7 Colors (2 Pack) | | Y | Y | | | |
|  | Sunergy | 50403337 | Wind Lights Solar Lighted Wind Chime | | | Y | Y | Y | Y |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Sunergy | 50403338 | Windlights Solar Lighted Wind Chime (50403338) | | | Y | Y | Y | Y |
|  | ABC | ASIN: B008ABFGIW / B00BJ5IKXO | Solar Color Changing Windchime | | | Y | Y | Y | Y |
|  | ABC | ASIN: B009REOPM4 Code: L6G | Solar Lucky Garden Gnome | | | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|-------|-------|-----------|-------------|-------------|-------------|-------------|-------------|-------------|-------------|
|  | e-joy | Model No.: 5280011-D6116A ASIN: B00J3U4U9A | e-joy Colour Change Angel LED Solar Outdoor Garden Light and Lawn Light-White | | | Y | | | |
|  | Evergreen | EG2WC1023 | Evergreen Flag & Garden Starburst Solar Mobile Wind Chime | | | Y | | | |
|  | Evergreen | EG2WC1027 | Evergreen Flag & Garden Celestial Solar Mobile | | | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Farbwechel-LED | 04W-23 | Floating Water Lily Dragonfly and Color Changing LED Solar Light | | | Y | | | |
|  | GAME | Item Model No.: 9002 ASIN: B007MPY25K | GAME 9002 Solar Light Up Globe Pool Cholorinator | | | Y | | | |
|  | Garden Sunlight / GTMax | ASIN: B004U8QJ3U | Diving Dolphins Wind Chimes Color Changing Solar Light | | | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Garden Sunlight / GTMax | ASIN: B008XCUSFY, B00B4ZAR3A, B00507JLOO | Butterflies Wind Chimes Color Changing Solar Light | | | Y | | | |
|  | Garden Sunlight / GTMax | PL028 | Solar Angel Fairy Sitting on Calla Lilies Glass Crackle Light | | | Y | | | |
|  | LampLust | SMJ12 / ASIN: B00A8Q94LM | Solar Mason Jar with Yellow Glow and Color Change Option - Recharges From the Sun | | | Y | | | |

29

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|-------|-------|------------|-------------|-------------|-------------|-------------|-------------|-------------|-------------|
|  | LiteFuze | ASIN: B005JD7RIG | LiteFuze Mosaic Glass Rechargeable Solar Lamp Outdoor Garden Light - Color Changing | | | Y | | | |
|  | LTD | ASIN: B00D7VU8E2 | Solar Butterfly Sculpture - Green | | | Y | | | |
|  | Pacific Solar | ASIN: B008XCUPTI | Pacific Solar? Crying Angel on Rock Solar Light with Color Changing LED | | | Y | | | |

30                                                          Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Reusable Revolution LLC | SF050/ RR-124532 | Boy (Cherub) Sculpture Holding Glass Crackle Solar Light Ball | | | Y | | | |
|  | Reusable Revolution | ASIN: B00AFFQ1I0 | Stainless Steel Solar Powered Outdoor Garden Deck Dock Pathway LED Light | | | Y | | | |
|  | Solar Wholesale | Model No.: SGOL11LA304 / ASIN: B00BOGXPYM | Fairy on Calla Lilies Solar Light with Crackle Glass Globe, 11 inch | | | Y | | | |

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | SolarGlo / Great American Merchandise & Events | 5006 | SolarGlo Solar Powered 14" LED Lighted Inflatable Sphere | | | Y | | | |
|  | Zitrades | ASIN: B00GWD9WMQ | Color Changing LED Solar Powered Wind Chime Light With Mosaic Crack Ball and Spiral Spinner | | | Y | | | |
|  | | ASIN: B00B9ZR04E | Color Changing Solar Lighted Garden Spinner | | | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | | ASIN: B00D675CHU | Color-changing Solar Angel Wings | | | Y | | | |
|  | | ASIN: B00EX4YB9K | Hanging Solar Wind Bells Metal and Glass Color Changing Hummingbird | | | Y | | | |
|  | Boston Harbor | 943-6890/ 04039ORBH | Blue Cast Iron Crackle Glass Stake Light | | | | Y | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Boston Harbor | 945-0479 | Green Cast Iron Crackle Glass Stake Light | | | | Y | | |
|  | Continental Art Center | Item Model No.: CAC10418B \| ASIN: B00IFE63E0 | Continental Art Center \| CAC10418B \| Solar Pelican Garden Stake \| 42.5 by 7 by 4-inch | | | | Y | | |
|  | Azost | Model No.: AZT-AL306 ASIN: B00JE2FMYO | Azost - Solar Crackle Glass Ball Dual Solar Panel 7 Color Changing Light X 1 - 100% No Risk Money Back Guarantee | Y | Y | | | | |

34

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Florals | Item Model No.: glass ball 8746 ASIN: B00BE6KWCK | Solar Power Pink Mosaic Glass Ball Garden Light, Color Changing Multi-color Yard Light Stake, Great Gift! | | Y | Y | | | |
|  | Grasslands Road | Model No.: 470613 ASIN: B00JVWU26K | Grasslands Road Solar Powered Dragonfly Garden Stake, 32-Inch, 2-Pack | | Y | Y | | | |
|  | GREEN GARDEN SUNLIGHT | Model No.: E2180A ASIN: B00JWWJB0W | Angel Solar Light with Fiber Optic Wings (set of 2) | | Y | Y | | | |

Exhibit A

Prelminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Home Elements | WIC No. 163590 / Model No. S110500165 / ASIN: B00IJN68MO | Merry Christmas Color Changing Solar Lamp Post Outdoor Decoration w/ Wreath - 55" H | | Y | Y | | | |
|  | NexScene | ASIN: B00F4TMJ60 | 3 Styles Solar Powered Decorative Outdoor Garden Color-Changed LED Light (Butterfly, Dragonfly, Hummingbird) | | Y | Y | | | |
|  | Whimsical Garden | ASIN: B00DDU7G5Q | Hummingbird Solar Light Stakes 3 Set | | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Transcontinental Group Ltd. | Item Model No.: GL00552 \| ASIN: B00JJO66PG | Transcontinental Group Red Butterfly Wind Chime with Color Changing Solar Powered LED | | | Y | | | |
|  | Transcontinental Group Ltd. | Item Model No.: GL00551 \| ASIN: B00JJO66QU | Transcontinental Group Blue Butterfly Wind Chime with Color Changing Solar Powered LED | | | Y | | | |
|  | Solar Wholesale | Model No.: SGSL1LA105 / ASIN: B00EZRVKSU | Solar Butterfly Garden Light with Black Coated Pole | Y | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Solar Wholesale | Model No.: SGSL1LA101B / ASIN: B002SV5IDS | Solar Lily Garden Light with Black Coated Pole | Y | Y | Y | | | |
|  | Pennsylvania Products Co. | ASIN: B00HWGV5YU | PA Products Co. Color Changing Solar Flower Lights 2-Pack | | Y | Y | | | |
|  | Moonrays/CCI | 91875 | Backyard Bird Garden Stake Light and Outdoor Solar-Powered LED Light | Y | Y | Y | | | |

38

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Smart Solar | 3058MRM1 | Aquarius Birdbath Stake with Glass Orb Solar Light | Y | Y | Y | | | |
|  | Lumisol | | Lumisol Solar Sun On Stick Light | Y | Y | Y | Y | | |
|  | Lumisol | | Manufacturer: | Y | Y | Y | Y | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Moonrays/CCI | 92221 | Solar Powered Crane Landscape Stake Forward Facing | Y | Y | Y | Y | | |
|  | Moonrays/CCI | 92222 | Solar Powered Crane Landscape Stake Back Facing | Y | Y | Y | Y | | |
|  | Moonrays/CCI | 92211 | Solar Powered Cat Landscape Stake Light | Y | Y | Y | Y | | |

40

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|-------|-------|-----------|-------------|-------------|-------------|-------------|-------------|-------------|-------------|
|  | Moonrays/CCI | 96987 | METAL SNOWMAN STAKE SOLAR LIGHT | Y | Y | Y | Y | | |
|  | Four Seasons Courtyard | MT-1093C | FS Solar Rain Gauge | Y | Y | Y | Y | | |
|  | Premier Kites | 84002 | Solar Globe Garden Stake, Sun | Y | Y | Y | Y | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|-------|-------|------------|-------------|-------------|-------------|-------------|-------------|-------------|-------------|
|  | Premier Kites | 84003 | Solar Globe Garden Stake, Fleur De Lis | Y | Y | Y | Y | | |
|  | Premier Kites | 84008 | Solar Rain Gauge | Y | Y | Y | Y | | |
|  | Premier Kites | 84043 | Solar Color Globe Garden Stake, Daisy | Y | Y | Y | Y | | |

42

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Global / NEXES | NXU-9000 | 3 Piece Solar ART GLASS Garden Light Set - Model NXU-9000 | Y | Y | Y | | | |
|  | Global / NEXES | NXU-9001 | 3 Piece Solar Mosaic Garden Light Set - Model NXU-9001 | Y | Y | Y | | | |
|  | Moonrays/CCI | 99924 / 99925FD | Moonrays 1 Light Crackle Glass Globe Light | Y | Y | Y | | | |

43

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Amertac/ HoldALL | 8001DR | Three Color LED Dragonfly | Y | Y | Y | | | |
|  | Amertac/ HoldALL | 8001F | Three Color LED Lily | Y | Y | Y | | | |
|  | Regal Art & Gift | 10370 | Solar Bubble Stake Bee | Y | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Regal Art & Gift | 10371 | Solar Bubble Stake Butterfly | Y | Y | Y | | | |
|  | Regal Art & Gift | 10372 | Solar Bubble Stake Dragonfly | Y | Y | Y | | | |
|  | Regal Art & Gift | 10374 | Solar Bubble Stake Frog | Y | Y | Y | | | |

45

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Regal Art & Gift | 10375 | Solar Bubble Stake LadyBug No.10375 | Y | Y | Y | | | |
|  | Regal Art & Gift | 10504 | Regal Art & Gift Solar Bubble Stake, Bat | Y | Y | Y | | | |
|  | Regal Art & Gift | 10505 | Regal Art & Gift Solar Bubble Stake, Black Cat | Y | Y | Y | | | |

46

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Regal Art & Gift | 10506 | Solar Halloween Bubble Ghost Stake | Y | Y | Y | | | |
|  | Regal Art & Gift | 10507 | Regal Art & Gift Solar Bubble Stake, Jack-O | Y | Y | Y | | | |
|  | Regal Art & Gift | 10508 | Regal Art & Gift Solar Bubble Stake, Skull | Y | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Regal Art & Gift | 10509 | Regal Art & Gift Solar Bubble Stake, Spider | Y | Y | Y | | | |
|  | Smart Solar | 3705MR20 | Solar Butterfly Changing Light Set (3705MR20) | Y | Y | Y | | | |
|  | Moonrays/CCI | 92260 | Cardinal-Bird Sits on Hanging-Glow-Ball Solar Light, Garden Art, Cardinal Pendant Shape | Y | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|-------|-------|------------|-------------|-------------|-------------|-------------|-------------|-------------|-------------|
|  | Moonrays/CCI | 92261 | Hummingbird-Bird Sits on Hanging-Glow-Ball Solar Light, Garden Art, Hummingbird Pendant Shape | Y | Y | Y | | | |
|  | Moonrays/CCI | 92338 | 37-Inch Solar Color Changing Glass Ball with Doves | Y | Y | Y | | | |
|  | Moonrays/CCI | 92348 | Hummingbird Garden Stake Light and Outdoor Solar-Powered LED Light | Y | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Moonrays/CCI | 92349 | Dancing Bird Garden Stake Light and Outdoor Solar-Powered LED Light | Y | Y | Y | | | |
|  | Moonrays/CCI | 96897 | Joy Solar Powered Outdoor Word Art Garden Accent, White | Y | Y | Y | | | |
|  | Moonrays/CCI | 96898 | Hope Solar Powered Outdoor Word Art Garden Accent, Pink | Y | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Moonrays/CCI | 96899 | Love Solar Powered Outdoor Word Art Garden Accent, Red | Y | Y | Y | | | |
|  | Moonrays/CCI | 98006 | Solar Powered Hummingbird Outdoor Decorative Stake Light | Y | Y | Y | | | |
|  | Moonrays/CCI | 98008 | Solar Powered Butterfly Outdoor Decorative Stake Light | Y | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Moonrays/CCI | 92201 / 92200 | Metal Flower with Solar Powered Color Changing Glass Ball, Yellow | Y | Y | Y | | | |
|  | Boston Harbor | 063-0657X/ APA001A/003-V1A-B | Color Changing Acrylic (Hummingbirds/Dragonflies) | Y | Y | Y | | | |
|  | Boston Harbor | 129-7605/ CS1-RS2-LORB-1 | Solar Crackle Ball Mini Stake with Color Changing & White LED | Y | Y | Y | | | |

52

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Boston Harbor | 714-9222X/ APA002A/004A-V1A | Color Changing Acrylic (Butterflies/ Bumblebees) (Jiawei) | Y | Y | Y | | | |
|  | Britta Products | SSR-03 Colored | Britta Products Luminous Glow Colored Solar String Light, Set of 21 | Y | Y | Y | | | |
|  | Encore | H5153 | Encore H5117U Solar Powered Color Changing Butterfly Garden Stake | Y | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Four Seasons Courtyard | PL-1050-2A/N | Four Seasons PL-1050-2A FS Color Sol Butterfly; Orange base color & accent color, beautiful day & night. Color changing LED automatically rotates red, blue & green. Overall height 32", 3 section fiberglass painted pole, includes 1 "AAA" 600 mah ni-mh rechargeable battery | Y | Y | Y | | | |
|  | Four Seasons Courtyard | S110500144; Item # 160322 | Four Seasons Courtyard Fiber Optic Wings Angel Solar Stake Light | Y | Y | Y | | | |
|  | Four Seasons Courtyard | CS1-NS2-SS-1; 110615 | Four Seasons Courtyard LED Solar Stake Light, Clear & Multi-Color Crackled Glass Spheres | Y | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Four Seasons Courtyard | LSO005-S1-GG-1 | Four Seasons Courtyard Solar Stake Light, 5-Color Fiber-Optic, 19.9-In. | Y | Y | Y | | | |
|  | Four Seasons Courtyard | PL-1050-10A/N | Four Seasons PL-1050-10A FS Color Solar Daisy; Orange and yellow flower color; beautiful day & night. Color changing LED automatically rotates red, blue, green. 3 section painted fiberglass pole, overall height 32", includes 1 "AAA" 600 man ni-mh rechargeable battery, for replacement battery use | Y | Y | Y | | | |
|  | Four Seasons Courtyard | 141555 / PL-1050-11 | Four Seasons PL-1050-11 FS Color Solar Hum Bird; Green base color & accent color on hummingbird, beautiful day& night. Color changing LED automatically rotates red, blue & green. Overall height 32", 3 section painted fiberglass pole, includes 1 "AAA" 600 mah ni-mh rechargeable battery | Y | Y | Y | | | |

55

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Four Seasons Courtyard | 141557 / PL-1050-12 | Four Seasons PL-1050-12 FS Color Sol Dragonfly; Green base color & accent color, beautiful day & night. Color changing LED automatically rotates red, blue & green. Overall height 32", 3 section painted fiberglass pole. includes 1 "AAA" 600 man ni-mh rechargeable battery | Y | Y | Y | | | |
|  | Four Seasons Courtyard | PL-1050-9  / 132393 | Four Seasons Courtyard Solar-Powered LED Stake Light, Color-Changing Bumblebee/Lumisol Electrical PL-1050-9 Four Seasons Fs Clr Solar Bumblebee | Y | Y | Y | | | |
|  | Four Seasons Courtyard | PL-1062N | Four Seasons Courtyard LED Solar Stake Light, Acrylic Color-Changing Starburst, 30-In., Lumisol | Y | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Gift Craft | 703767 | Gift Craft 35-Inch Colored Glass and Iron Flower Design Solar Triple Pronged Garden Stakes, Large | Y | Y | Y | | | |
|  | Moonrays/CCI | 91251 | Color Changing Solar Glass Ball Fixture, 3-Pack | Y | Y | Y | | | |
|  | Moonrays/CCI | 92337 | Butterfly Flower Garden Stake Light and Outdoor Solar-Powered LED Light | Y | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Moonrays/CCI | 95958 | Solar-Powered Glowing Dragonfly Light with Color-Changing LEDs | Y | Y | Y | | | |
|  | Moonrays/CCI | 98007 | Solar Powered Dragonfly Outdoor Decorative Stake Light | Y | Y | Y | | | |
|  | Pine Top Sales | 508-0061 | Pineapple Solar Stake Light | Y | Y | Y | | | |

58

Prelminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Premier Kites | 84001 | Solar Globe Garden Stake, Plain | Y | Y | Y | | | |
|  | Premier Kites | 84004 | Solar Globe Garden Stake, Floral | Y | Y | Y | | | |
|  | Premier Kites | 84042 | Solar Color Globe Garden Stake, Tulip | Y | Y | Y | | | |

59

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Premier Kites | 84044 | Solar Color Globe Garden Stake, Petite Fleur | Y | Y | Y | | | |
|  | Premier Kites | 84045 | Solar Color Globe Garden Stake, Dandelion | Y | Y | Y | | | |
|  | Premier Kites | 84046 | Solar Color Globe Garden Stake, Water Lily | Y | Y | Y | | | |

60

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Regal Art & Gift | 10373 | Solar Bubble Stake Hummingbird No.10373 | Y | Y | Y | | | |
|  | Royce Lighting | RL1211S-09 | Outdoor Solar Stake  3 Color Changing LED Lily | Y | Y | Y | | | |
|  | Royce Lighting | RL1212S-09 | Solar Stake Light Calla Black | Y | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Royce Lighting | RL1213S-09 | Outdoor Solar Stake 3 Color Changing LED Sunflower | Y | Y | Y | | | |
| | Royce Lighting | RL1214S-09 | Outdoor Solar Stake 3 Color Changing LED Rose | Y | Y | Y | | | |
|  | Royce Lighting | RL1217S-65 | Royce Lighting RL1217S-65 Solar Metal Butterfly Stake 2 Piece Set with Multi Color Changing LED Lights Set in Copper Finish | Y | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Solar Wholesale | Model No.: SGSL1LA107 / ASIN: B00FMZNI8O | Solar Dragonfly Garden Light with Black Coated Pole | Y | Y | Y | | | |
|  | Sunset Vista Designs | 91828 | Sunset Vista Designs Purple Color-Changing Solar Globe Bird Garden Stake | Y | Y | Y | | | |
|  | Sunset Vista Designs | 91830 | Sunset Vista Designs Blue Color-Changing Solar Globe Butterfly Garden Stake | Y | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Sunset Vista Designs | 91829 | Sunset Vista Designs Purple Color-Changing Solar Globe Butterfly Garden Stake | Y | Y | Y | | | |
|  | Sunset Vista Designs | 91827 | Sunset Vista Designs Blue Color-Changing Solar Globe Bird Garden Stake | Y | Y | Y | | | |
|  | Smart Solar | 3707MR20 | Solar Hummingbird Changing Light Set (3707MR20) | Y | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|-------|-------|------------|-------------|-------------|-------------|-------------|-------------|-------------|-------------|
|  | Moonrays/CCI | 92202 / 92200 | Metal Flower with Solar Powered Color Changing Glass Ball, Pink | Y | Y | Y | | | |
|  | Regal Art & Gift | 10511 | Regal Art & Gift Solar Bubble Stake, Cardinal | Y | Y | | | | |
|  | Regal Art & Gift | 10512 | Regal Art & Gift Solar Bubble Stake, Santa | Y | Y | | | | |

65

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Regal Art & Gift | 10513 | Regal Art & Gift Solar Bubble Stake, Snowman | Y | Y | | | | |
|  | Lumisol | | Lumisol  Solar Moon On Stick Light | Y | Y | | Y | | |
|  | Regal Art & Gift | 10510 | Regal Art & Gift Solar Bubble Stake, Candy | Y | Y | | | | |

66

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Strathwood / Amazon | ASIN: B000U600MS / NXU-8300 | Strathwood Star Snowflake Light | Y | Y | | | | |
|  | Echo Valley | 4550 | WATER LILY KALEIDOLIGHT | | Y | Y | | | |
|  | Smart Solar | 3381MRM1 | Magic Globe Solar Light - 8" diameter | | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Boston Harbor | 03060 ORBH | Solar 2 in 1 Stake Light (Flower/ Butterfly) Norwood (USA) Inc | | Y | Y | | | |
|  | Boston Harbor | 104-1458X / FSS9A-RS1-SS-T9 | Stainless Steel Solar Pathway Light with Color Changing & White LED | | Y | Y | | | |
|  | Boston Harbor | 378-3206X/ X12A-V2A-PW1/YW1 | Color Changing Flair Light | | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Boston Harbor | 526-5079 | Solar Stake Light Crackle Ball | | Y | Y | | | |
|  | Boston Harbor | 947-0279 | Solar 2 in 1 Stake Light HummBird (Purple Tiger Lily/ Hummingbird) | | Y | Y | | | |
|  | Boston Harbor | 947-4701 / 04031orbh | Solar 2 in 1 Stake Light HummBird (Gold Tiger Lily/ Hummingbird) | | Y | Y | | | |

69

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Boston Harbor | CS3-S1-CB-T12/ 114-5440X | Color Changing Solar Crackle Pathway Light | | Y | Y | | | |
|  | Four Seasons Courtyard | MT-2014N | Four Seasons Courtyard Solar LED Lantern, Stainless-Steel With Cut Floral Design, 11.42-In. | | Y | Y | | | |
|  | Four Seasons Courtyard | E98D-BR-PK4 | Four Seasons Courtyard 4-Pack Stainless-Steel LED Solar Lights | | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|-------|-------|-----------|-------------|-------------|-------------|-------------|-------------|-------------|-------------|
|  | Four Seasons Courtyard | PL-1050-1 | Four Seasons Solar Hummingbird Decorative Garden Light Stake with bright LED color changing light, by Lumisol Electrical | | Y | Y | | | |
|  | Four Seasons Courtyard | PL-1050-10 | Four Seasons Courtyard Solar Daisy Stake Light (hinged panel) | | Y | Y | | | |
|  | Four Seasons Courtyard | PL-1050-2AN | Four Seasons Courtyard Solar Butterfly Stake Light (Painted) | | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Four Seasons Courtyard | PL-1062N | Solar Starburst Decorative Light (hinged panel) | | Y | Y | | | |
|  | Four Seasons Courtyard | RS-9108A | Four Seasons RS-9108A FS Star String Light;Four Seasons Courtyard - 10 Color-Changing LED's - Rotates Red - 15' Green Cord - No Bulbs To Replace - Photo Cell Turns On At Dusk - Remote Solar Panel - Includes 1 ''AAA'' 600 Mah Rechargeable Ni-Mh Battery | | Y | Y | | | |
|  | Four Seasons Courtyard | RS-9148A | Four Seasons Courtyard 9-Ft. Solar Hummingbird String Light/ Lumisol Electrical RS-9148A | | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Four Seasons Courtyard | RS-9164A | Lumisol Electrical - Four Seasons Courtyard, 9', Solar Flower String Light, 10 Color Changing LED's, Rotate Red, Blue & Green, 15' Green Cord, No Bulbs To Replace, Photo Cell Turns On At Dusk, Remote Solar Panel, Includes 1 "AAA" 600 Mah Rechargeable Ni-Mh Battery | | Y | Y | | | |
|  | Metro Fulfillment House LLC | SL2193 / 639713536782 | Solar Power LED Path Lights (set of 10) | Multi Color Solar Powered LED Lights | | Y | Y | | | |
|  | Moonrays/CCI | 96995 | WINTER CRACKLE GLASS GLOBE PATH SOLAR LIGHT | | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Moonrays/CCI | 97380 | Color-Changing Butterfly Fixture | | Y | Y | | | |
|  | Smart Solar | 3560MRM1 | Crackled Glass Solar Chameleon Gazing Ball with Pedestal | | Y | Y | | | |
|  | Sunergy | 50400820 | SUNergy 50400820 Crackle Ball Multi-Colored Solar Stake Light | | Y | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|-------|-------|-----------|-------------|-------------|-------------|-------------|-------------|-------------|-------------|
|  | Sunergy | 50403837 | Solar Crackled Glass  Multi-Colored Stake Lamp | | Y | Y | | | |
|  | Unique Arts | M24061 | Unique Arts Single Solar Light Flower | | Y | Y | | | |
|  | Moonrays/CCI | 91280MC | Solar Powered Umbrella Party Lights, 8-pack | | | Y | | | |

Exhibit A

Prelminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|-------|-------|-----------|-------------|-------------|-------------|-------------|-------------|-------------|-------------|
|  | E G Danner | 2370 | E G Danner Float Light 4.3" Change Model 2370 | | | Y | | | |
|  | Echo Valley | 4483 | Hanging Wire Butterfly Kaleidolight w/ Color Changing Tealight | | | Y | | | |
|  | Moonrays/CCI | 91352 | Polyresin Solar Powered Color-Changing LED Garden Fairy with Crackle Glass Globe Statue | | | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | BE Products | BE0111 / BE0112 / BE0113 / BE0114 | Solar Twist Light, Orange/Green/Blue/Red Butterfly | | | Y | | | |
|  | E G Danner | 2380 | E G Danner Float Light 6.3" Change Model 2380 | | | Y | | | |
|  | Gifts & Décor | D1145 | Zingz & Thingz Butterflies Dance Solar Mobile | | | Y | | | |

77

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Koolatron | SG-01 | Koolatron SG-01 Solar Glo Floating Solar Globe Light - 5 Colours | | | Y | | | |
|  | Mastercraft | EL6320IC-C | Color Changing Floating Solar Powered Light Disc | | | Y | | | |
|  | Moonrays/CCI | 91269MC | Solar Powered Artglass Hanging LED Lights | | | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|-------|-------|-----------|-------------|-------------|-------------|-------------|-------------|-------------|-------------|
|  | Moonrays/CCI | 91527DI | LED Solar Lawn Ornament, Lighthouse, Polyresin | | | Y | | | |
|  | Pine Top Sales | 508-R1008 | Motion Activated Solar Songbird Light, Resin Material, Red | | | Y | | | |
|  | St. Petersburg | TM1218P-1W3U | Solar Color Changing Porcelain Light | | | Y | | | |

79

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Boston Harbor | 6261630Y / 03650 ORBH | Solar Crackle Ball Wind Chime | | | | Y | Y | Y |
|  | Moonrays/CCI | 991876 | Solar Powered Planter Light Dragonfly | | | | Y | | |
|  | Boston Harbor | 04042ORBH | Solar Designer Stake, Green | | | | Y | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Boston Harbor | 026-7419/ 04130ORBH / 030-2018/ 04131 | Purple Mosaic Stake Light / Multi-Color Mosaic Stake Light | | | | Y | | |
|  | Boston Harbor | 036-2095 / CA940-2LMX | Three Ball Stake Light | | | | Y | | |
|  | Boston Harbor | 629-4102 / MPA004-R1A-CC | Blue Crackle Glass / Metal Butterfly | | | | Y | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Boston Harbor | 766-5789 (Red), 173-7519/ MPB001A-R1A-CC-1 (Green) | Crackle Glass Metal Light | | | | Y | | |
|  | Boston Harbor | 944-3342/ 04041orbh | Red Cast Iron Crackle Glass Stake Light | | | | Y | | |
|  | Continental Art Center | CAC2608230 | Continental Art Center CAC2607840C Solar Owl Garden Stake with A Crazed Glass Ball, 36-Inch | | | | Y | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|-------|-------|-----------|-------------|-------------|-------------|-------------|-------------|-------------|-------------|
|  | Garden Sunlight / GTMax | E2172 | Solar Iron Flower Fence Light | | | | Y | | |
|  | Gift Craft | 703132 | Gift Craft 37-Inch Metal and Yellow Painted Glass Owl Design Solar Double Pronged Garden Stake, Large | | | | Y | | |
|  | Sunset Vista Designs | 91613 | Sunset Vista Designs Sun Solar Stake, 53-Inch | | | | Y | | |

83

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Sunset Vista Designs | 91747 | Sunset Vista Designs Solar Globe Metal and Glass Butterfly Garden Stake | | | | Y | | |
|  | Sunset Vista Designs | 91614 | Sunset Vista Designs Sun Swirl Solar Stake, 53-Inch | | | | Y | | |
|  | Sunset Vista Designs | 91762 | Sunset Vista Designs Blue Solar Globe Glass and Metal Bird Garden Stake | | | | Y | | |

Exhibit A

Prelimnary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Sunset Vista Designs | DS004 | Sunset Vista Designs Deb Strain Solar Globe Metal and Glass Friendship Birds Garden Stake | | | | Y | | |
|  | Sunset Vista Designs | 91758 | Sunset Vista Designs Solar Globe Metal and Glass Hummingbird Garden Stake | | | | Y | | |
|  | Sunset Vista Designs | 91795 | Sunset Vista Designs Blue Solar Globe Flower Garden Stake | | | | Y | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|---|---|---|---|---|---|---|---|---|---|
|  | Smart Solar | 3732WR30 | Solar String Lights - 30 LED White Crystal Balls | | | | | | |
|  | FlashingBoards | ASIN: B0084CKBPK | LED Solar Lily Flower Garden/Yard Lamp Décor Stake Multi-Color Changing LED Light | | Y | Y | | | |
|  | Echo Valley | 4484 | Hanging Wire Bee Kaleidolight w/Color Changing Tealight | | | Y | | | |

Exhibit A

Preliminary Product List - Amazon

| Image | Brand | SKU/ Model | Description | '477 patent | '827 patent | '700 patent | '370 patent | '157 patent | '052 patent |
|-------|-------|-----------|-------------|-------------|-------------|-------------|-------------|-------------|-------------|
|  | SW Closeout | ASIN: B00BOGXQUA | Solar Fairy with Color Changing LED Wings and Amber LED Bird Light | | | Y | | | |

Exhibit A